IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ROBERT DALE PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV 06-273-E-LMB |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the Order entered August 8, 2006, IT IS HEREBY ORDERED,

ADJUDGED, AND DECREED that this action is DISMISSED in its entirety.

DATED:  **August 8, 2006**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge